Attorneys for Plaintiff, Estate of Pearlie Melton

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX<br>MARKETING SALES PRACTICES AND<br>PRODUCT LIABILITY LITIGATION | Case Specific Number: C 06 2264 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Plaintiff Name(s), Estate of Pearlie Melton<br><br>                    Plaintiffs,<br>vs.<br>Pfizer, Inc., et al.<br>                    Defendants. | **STIPULATION AND ORDER OF**<br>**DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, ESTATE OF PEARLIE MELTON, and Defendants, PFIZER, INC., et al. by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: January 17, 2009

By: _____
Peter L. Kaufman
Attorneys for Plaintiff, Estate of Pearlie Melton

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| DATED: August 6, 2009 | GORDON & REES |
| | By: _____/s/_____ |
| | Stuart M. Gordon |
| | Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: AUG 1 7 2009

_____
Hon. Charles R. Breyer
United States District Court

-2-

PFZR/1035934/6190655v.1

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE